IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LUCIO MUNOZ,

        Petitioner,

vs.

SCOTT R. FRAKES,

        Respondent.

8:21CV344

**ORDER**

Upon consideration, and for good cause shown,

IT IS ORDERED that:

1. Petitioner's Motion for Extension of Time to File Brief (filing 15) is granted. Petitioner shall have until July 6, 2022 to file and serve his brief in response to Respondent's answer and brief.

2. Respondent shall have 30 days after Petitioner files his brief to file a reply brief. If Petitioner fails to file a brief by the deadline, the court will consider this matter ripe for disposition.

3. The Clerk of Court is directed to set a pro se case management deadline using the following text: **July 6, 2022**: check for Petitioner's brief.

Dated this 6th day of June, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge